UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| PATSY LOU MIER, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | Case No. 07-2245 |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| Defendant. ) | |

# REPORT AND RECOMMENDATION

In June 2007, Administrative Law Judge (hereinafter "ALJ") James Gildea denied Plaintiff Patsy Mier's application for disability insurance benefits and supplemental security income. The ALJ based his decision on a finding that there are jobs available in significant numbers in the national economy that Plaintiff can perform.

In January 2008, Plaintiff, acting *pro se*, filed a Complaint (#4) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In June 2008, Plaintiff filed a Motion for Summary Judgment (#12). In September 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15). After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment (#12) be granted.

Consistent with the Court's reasoning in the Report and Recommendation granting Plaintiff's motion, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 20th day of November, 2008.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE