# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **PATSY LOU MIER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.  ) | Case No. 07-CV-2245 |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On November 20, 2008, Magistrate Judge David G. Bernthal filed two Reports and Recommendations (#20, #21) in the above cause. Judge Bernthal recommended granting the Motion for Summary Judgment (#12) filed by Plaintiff, Patsy Lou Mier, and denying the Motion for an Order Which Affirms the Commissioner's Decision (#17) filed by Defendant, Michael J. Astrue. More than ten (10) days have elapsed since the filing of the Recommendations, and Defendant has not filed an objection to the Reports and Recommendations. See 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#20, #21) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#12) is GRANTED.  This case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence 4, for further proceedings consistent with the Reports and Recommendations.

(3) Defendant's Motion for an Order Which Affirms to Commissioner's Decision (#17) is DENIED.

(4) This case is terminated.

ENTERED this 15th day of December, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE